**WO** RP

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gilbert Raymond Olea,<br><br>Plaintiff,<br><br>vs.<br><br>State of Arizona, et al.,<br><br>Defendants. | No. CV 06-2608-PHX-MHM (JRI)<br><br>**ORDER** |

On October 31, 2006, Plaintiff Gilbert Raymond Olea, who is confined in the Maricopa County Towers Jail, filed a *pro se* civil rights Complaint (Doc. #1) pursuant to 42 U.S.C. § 1983. Plaintiff did not pay the $350.00 civil action filing fee but filed an uncertified Application to Proceed *In Forma Pauperis* that did not include a copy of his trust account statement for the six-month period preceding the filing of the Complaint.

By Order filed November 20, 2006, Plaintiff's Application to Proceed *In Forma Pauperis* was denied and Plaintiff was given 30 days from the filing date of the Order to either pay the $350.00 filing fee or file a completed Application to Proceed *In Forma Pauperis* on a current, court-approved form and a trust account statement for the six-month period preceding the filing of the Complaint.

**I. New Application Fails to Comply With Statute**

On November 27, 2006, Plaintiff filed an new, uncertified Application to Proceed *In*

**JDDL**

*Forma Pauperis* (Doc. #5), which includes a copy of his Inmate Account Statement. Plaintiff's new Application to Proceed is deficient because the "Certificate Of Correctional Official As To Status Of Applicant's Trust Account" section of the Application to Proceed has not been completed, and therefore, the Application to Proceed has not been signed by an authorized officer of the institution and it does not list the sum Plaintiff has in his account at the institution, list the average monthly balance Plaintiff had during the past six months, or list the average monthly deposits to Plaintiff's account for the past six months.

Accordingly, Plaintiff's Application to Proceed will be denied without prejudice and Plaintiff will be given 30 days to either pay the $350.00 filing fee or file a new Application to Proceed, using the form included with this Order, and a certified copy of his trust fund account statement for the six months immediately preceding the filing of the Complaint.

**II.  Motion for Status and Copy of Complaint**

On November 17, 2006, Plaintiff filed a Notice (Doc. #4), which the Court will construe as a Motion for the status of this case and for a copy of the Complaint. Plaintiff's Motion will be granted in part to the extent that this Order informs him of the status of this action. Plaintiff's Motion will be denied in part to the extent that he requests a copy of the Complaint because he has not given any reason for the Court to provide him with a copy and in general an inmate has no right to free copies of pleadings. See In Re Richard, 914 F.2d 1526, 127 (6th Cir. 1990) (*per curiam*) (28 U.S.C. § 1915 "does not give a litigant a right to have documents copied and returned to him at government expense").

In so doing, the Court notes that Plaintiff's Notice utterly fails to meet the format requirements of Rule 7.1(a) of the Local Rules of Civil Procedure. Plaintiff is admonished that any pleading that he may submit for filing in the future must conform to the format requirements of Rule 7.1(a), or it will be stricken from the record without further notice to him. Any request by Plaintiff for action from this Court must be in the form of a motion that is in the format required by the Local Rules of Civil Procedure.

- 2 -

JDDL

**III. Warnings**

    **A. Address Changes**

Plaintiff must file and serve a notice of a change of address 10 days before the move is effective, if practicable. See LRCiv 83.3(d). Plaintiff must not include a motion for other relief with a notice of change of address. Failure to comply may result in dismissal.

    **B. Copies**

Plaintiff must submit an additional copy of every document that he files for use by the Court. See LRCiv 5.4. Failure to comply may result in the filing being stricken without further notice to Plaintiff.

    **C. Possible Dismissal**

If Plaintiff fails to timely comply with every provision of this Order, including these warnings, the Court may dismiss this action without further notice. See Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to comply with any order of the Court).

**IT IS ORDERED:**

(1) Plaintiff's Application to Proceed *In Forma Pauperis* (Doc. #5) is **denied without prejudice**.

(2) Within 30 days of the date this Order is filed, Plaintiff must **either pay** the $350.00 filing fee **or file** a new, completed Application to Proceed *In Forma Pauperis* and a six-month trust account statement.

(3) **If** Plaintiff fails to **either** pay the $350.00 filing fee **or** file a completed Application to Proceed *In Forma Pauperis* within 30 days, the Clerk of Court **must enter** a judgment of dismissal of this action without prejudice and without further notice.

(4) Plaintiff's Notice (Doc. #4), which the Court **construes** as a Motion for the status of this case and for a copy of the Complaint, is **granted in part** to the extent that this Order informs him of the status of this action, and **denied in part** to the extent that he requests a copy of the Complaint.

(5)  The Clerk of the Court **must mail** to Plaintiff a court-approved form for filing an Application to Proceed *In Forma Pauperis* (Non-Habeas).

DATED this 7th day of December, 2006.

*/s/ Mary H. Murguia*
Mary H. Murguia
United States District Judge

**Instructions for Prisoners Applying for Leave to Proceed *in Forma Pauperis*
Pursuant to 28 U.S.C. § 1915 in a Civil Action (Non-habeas) in Federal Court**

You must pay the full filing fee of $350.00 for a civil action. If you later file an appeal, you will be obligated to pay the $455.00 filing fee for the appeal.

If you have enough money to pay the full filing fee, you should send a cashier's check or money order payable to the Clerk of the Court with your complaint, petition, or notice of appeal.

If you do not have enough money to pay the full filing fee, you can file the action without prepaying the filing fee. However, the court will assess an initial partial filing fee. The initial partial filing fee will be the greater of 20% of the average monthly deposits or 20% of the average monthly balance in your prison or jail account for the six months immediately preceding the filing of the lawsuit. The court will order the agency that has custody of you to withdraw the initial partial filing fee from your prison or jail account as soon as funds are available and to forward the money to the court.

After the initial partial filing fee has been paid, you will owe the balance of the filing fee. Until the filing fee is paid in full, each month you will owe 20% of your preceding month's income. The agency that holds you in custody will collect that money and forward it to the court any time the amount in your account exceeds $10.00. The balance of the filing fee may be collected even if the action is later dismissed, summary judgment is granted against you, or you fail to prevail at trial.

To file an action without prepaying the filing fee, and to proceed with an action *in forma pauperis*, you must complete the attached form and return it to the court with your complaint. You must have a prison or jail official complete the certificate on the bottom of the form and attach a certified copy of your prison or jail account statement for the last six months. If you were incarcerated in a different institution during any part of the past six months, you must attach a certificate and a certified copy of your account statement from each institution at which you were confined. If you submit an incomplete form or do not submit a prison or jail account statement with the form, your request to proceed *in forma pauperis* will be denied.

Even if some or all of the filing fee has been paid, the court is required to dismiss your action if: (1) your allegation of poverty is untrue; (2) the action is frivolous or malicious; (3) your complaint does not state a claim upon which relief can be granted; or (4) your complaint makes a claim against a defendant for money damages and that defendant is immune from liability for money damages.

If you file more than three actions or appeals which are dismissed as frivolous or malicious or for failure to state a claim on which relief can be granted, you will be prohibited from filing any other action *in forma pauperis* unless you are in imminent danger of serious physical injury.

Revised 4/9/06

_____
Name and Prisoner/Booking Number

_____
Place of Confinement

_____
Mailing Address

_____
City, State, Zip Code

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |  |
|---|---|---|
| _____, | ) ) CASE NO. _____ | |
| Plaintiff, | ) | |
| vs. | ) ) ) | APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| _____, | ) | BY A PRISONER |
| Defendant(s). | ) ) | CIVIL (NON-HABEAS) |

I, _____, declare, in support of my request to proceed in the above entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or to give security therefor and that I believe I am entitled to relief.

In support of this application, I answer the following questions under penalty of perjury:

1. Have you ever before brought an action or appeal in a federal court while you were incarcerated or detained?  ☐Yes  ☐No   If "Yes," how many have you filed? _____.
Were any of the actions or appeals dismissed because they were frivolous, malicious, or failed to state a claim upon which relief may be granted?  ☐Yes  ☐No   If "Yes," how many of them? _____.

2. Are you currently employed at the institution where you are confined?  ☐Yes  ☐No
If "Yes," state the amount of your pay and where you work. _____
_____

3. Do you receive any other payments from the institution where you are confined?  ☐Yes  ☐No
If "Yes," state the source and amount of the payments. _____
_____

4.  Do you have any other sources of income, savings, or assets either inside or outside of the institution where you are confined? ☐ Yes ☐ No
    If "Yes," state the sources and amounts of the income, savings, or assets. _____
    _____
    _____

    I declare under penalty of perjury that the above information is true and correct.

    _____          _____
    DATE                            SIGNATURE OF APPLICANT

    ## CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

    I, _____, hereby consent to having the designated correctional officials at this institution release to the Court my trust account information. I further consent to having the designated correctional officials at this institution withdraw from my trust account the funds required to comply with the order of this Court for the payment of filing fees in accordance with 28 U.S.C. § 1915(b).
    My consent includes withdrawal from my account by correctional officials of partial initial payments to this Court equal to 20% of the greater of:
    (A) the average monthly deposits to my account for the six-month period preceding my filing of this action, or
    (B) the average monthly balance in my account for the six-month period preceding my filing of this action.
    My consent also includes monthly withdrawals from my account by correctional officials of an amount equal to 20% of each month's income. Whenever the amount in my account reaches $10.00, correctional officials will withdraw that amount and forward it to the Court until the required filing fee is paid in full. I understand that I am liable for paying the entire fee, even if my case is dismissed by the Court before the fee is fully paid.

    _____          _____
    DATE                            SIGNATURE OF APPLICANT

    ## CERTIFICATE OF CORRECTIONAL OFFICIAL
    ## AS TO STATUS OF APPLICANT'S TRUST ACCOUNT

    I, _____, certify that as of the date applicant signed this application:
        (Printed name of official)
    The applicant's trust account balance at this institution is:            $_____
    The applicant's average monthly deposits during the prior six months is: $_____
    The applicant's average monthly balance during the prior six months is:  $_____
    The attached certified account statement accurately reflects the status of the applicant's account.

    _____
    DATE         AUTHORIZED SIGNATURE         TITLE/ID NUMBER         INSTITUTION